UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANNY HOMOLA                                              CIVIL ACTION

VERSUS                                                     NO. 21-203

DUSTIN BICKHAM, WARDEN                      SECTION: "T"(3)

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by Petitioner Danny Homola (R. Doc. 10), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

Although Petitioner Homola asserts the Magistrate Judge erroneously found that his petition was not timely filed and that he had not sufficiently established a claim of actual innocence, he makes no showing of factual or legal error. Here, the Magistrate Judge found that Petitioner is not entitled to statutory tolling, that he has not established he is eligible for equitable tolling, and that he has not established the *McQuiggin* "actual innocence" exception applies. The Magistrate Judge found that Petitioner's federal application for habeas corpus relief had to be filed no later than April 30, 2009, in order to be timely. Because Petitioner's federal application was not filed until January 25, 2021, the Magistrate Judge concluded, and this court agrees, the petition was not timely filed. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Danny Homola is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 30th day of November, 2021.

_____
**UNITED STATES DISTRICT JUDGE**